JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WATKINS, | Case No. CV 21-9032-SPG (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 8/25/2022

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE